# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| ALETRICE LYNNE BLEVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 20-00265-CV-W-DPR-SSA |
| ) | |
| KILOLO KIJAKAZI,[1] ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees. (Doc. 22.) Plaintiff requests an award of attorney fees in the amount of $7,881.58 pursuant to the Equal Access to Justice Act. Per Defendant's Response and Plaintiff's Reply, the parties have agreed to an award of fees and expenses in the amount of $7,381.54. (Docs. 23, 24.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the agreed amount is reasonable. Also, per Plaintiff's Affidavit, the award may be made payable to Cathleen A. Shine. (Doc. 22-1.)

It is therefore **ORDERED** that

1. The Motion for Attorney Fees is **GRANTED**; and

2. An award of attorney fees in the amount of $7,381.54 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: August 26, 2021

---

[1] Kilolo Kijakazi became Acting Commissioner of Social Security on July 9, 2021. Pursuant to Fed. R. Civ. P. 25(d), Kilolo Kijakazi is substituted for Andrew M. Saul as the defendant in this suit. By reason of the last sentence of 42 U.S.C. § 405(g), no further action need be taken.